UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23545-cv-GOLD/McALILEY

VERADO LOPEZ,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendation ("the Report"). [ECF No. 21]. In the Report, Judge McAliley recommends that Verado Lopez's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, [ECF No. 1], be denied because the Petition is time-barred. Petitioner has not filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1. The Report, [ECF No. 21], is **AFFIRMED AND ADOPTED**.

2. For the reasons discussed in the well-reasoned Report, Petitioner's habeas petition, [ECF No. 1], is **DENIED**.

3. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

DONE and ORDERED in Chambers in Miami, Florida, this _1_ day of _Feb_, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All counsel of record